IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| NUCOR CORPORATION | PLAINTIFF/ COUNTERDEFENDANT |
| V.  3:08CV00067 JMM | |
| J. BAKER & ASSOCIATES, INC. | DEFENDANT/ COUNTERCLAIMANT/ THIRD PARTY PLAINTIFF |
| V. | |
| NUCOR-YAMATO STEEL CO. | THIRD PARTY DEFENDANT |

## ORDER

Pending is Nucor Corporation's Renewed Motion for Judgment as a Matter of Law. JBA has responded.

At the close of trial on December 10, 2009 Nucor made an oral motion for judgment as a matter of law. The Court interpreted this motion to include JBA's claims relating to Friedman. However, the Court finds that there was sufficient evidence from which the jury could reasonably conclude that JBA was entitled to the partnership fee relating to the Friedman Chargeback. Therefore, Nucor's motion for judgment as a matter of law (Docket # 95) is DENIED.

IT IS SO ORDERED this 5th day of January, 2010.

James M. Moody
United States District Judge