# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| NUCOR CORPORATION | PLAINTIFF/ COUNTERDEFENDANT |
| V.  3:08CV00067 JMM | |
| J. BAKER & ASSOCIATES, INC. | DEFENDANT/ COUNTERCLAIMANT/ THIRD PARTY PLAINTIFF |
| V. | |
| NUCOR-YAMATO STEEL CO. | THIRD PARTY DEFENDANT |

## JUDGMENT ON JURY VERDICT

This action came on for trial December 7, 2009, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned verdicts on December 10, 2009. The jury found in favor of the Plaintiff and against the Defendant on the breach of contract claim involving David J. Joseph Company. The jury found in favor of the Defendant J. Baker & Associates, Inc. And against the Plaintiff on the breach of contract claim involving Friedman Industries in the amount of $21,010.00. As for the third party claims of J. Baker & Associates, Inc. against Nucor-Yamato Steel Company, the jury found in favor of the Third Party Defendant Nucor-Yamato Steel Company.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Defendant, J. Baker & Associates, Inc., is awarded $21,010.00 with post-judgment interest at a rate of 0.41% against Nucor Corporation.

Dated this 11th day of January 2010.

_____
UNITED STATES DISTRICT JUDGE